IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-00239-WYD-KLM

RAINBOW REWARDS, USA, INC., a Delaware corporation,

    Plaintiff(s),

v.

SOURCE, INC., a Delaware corporation,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN  L. MIX**

    This comes before the Court on Plaintiff's Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint (Docket No. 20., Filed August 28, 2007) and Plaintiff's Unopposed Motion for Relief from Case Management Schedule (Docket No. 22, Filed August 31, 2007).

    IT IS HEREBY **ORDERED** that the motion for extension (Docket No. 20) is **GRANTED**.  The Defendant shall have up to and including **SEPTEMBER 18, 2007**, to answer or otherwise respond to Plaintiff's complaint.  The parties are reminded of their obligations concerning their scheduling conference and Rule 26(a)(1) disclosures, and the time frames for these events set forth in the Federal Rules of Civil Procedure.

    IT IS FURTHER HEREBY **ORDERED** that the motion to reset scheduling conference (Docket No. 22) is **GRANTED**.  The scheduling conference that was scheduled for September 13, 2007 at 9:00 a.m. is **vacated** and **reset** to **OCTOBER 9, 2007**, at **9:00 a.m.** in Courtroom **A-501,** Fifth Floor, of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado, 80294.

    The parties shall submit their proposed scheduling order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures V.L.  Deadline for submission of the proposed scheduling order is on or before **October 2, 2007.**

    Parties shall submit a brief Confidential Settlement Statement in PDF format to

Mix_Chambers@cod.uscourts.gov. on or before **October 2, 2007.** Parties not participating in ECF shall submit their confidential settlement statement, on paper by delivering to the office of the Clerk of the Court or by mailing directly to Magistrate Judge Mix at the Alfred A. Arraj U.S. Courthouse.   The envelopes shall be marked "Private per Magistrate Judge Mix's Orders".

Anyone seeking entry into the Alfred A. Arraj United States Courthouse must show valid photo identification.  *See* D.C.COLO.LCivR 83.2B.

Plaintiff is directed to serve a copy of this Order on Defendant and its counsel.

DATED: September 4, 2007 at Denver, Colorado.