IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-00239-WYD-KLM

RAINBOW REWARDS, USA, INC., a Delaware corporation,

    Plaintiff(s),

v.

SOURCE, INC., a Delaware corporation,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN  L. MIX**

    This matter comes before the Court pursuant to Plaintiff's Unopposed Motion for Relief from Case Management Schedule [Docket No. 34, Filed October 25, 2007] ("the motion").

    IT IS HEREBY **ORDERED** that the motion is **GRANTED**.  The Settlement Conference set for October 29, 2007 at 1:30 p.m. is **vacated**.  Pursuant to the Scheduling Order entered in the above-captioned matter on October 9, 2007 [Docket No. 30], the Settlement Conference scheduled for **June 2, 2008 at 1:30 p.m.** is still in effect.

    DATED: October 26, 2007 at Denver, Colorado.