IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00239-WYD-KLM

RAINBOW REWARDS, USA, INC., a Delaware corporation,

    Plaintiff(s),

v.

SOURCE, INC., a Delaware corporation,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' Stipulated Motion to Amend Scheduling Order [Docket No. 62; Filed May 29, 2008] (the "Motion"). The parties have informed the Court that they are nearing settlement and are seeking forty-five day extensions of the remaining case deadlines. Given that this is the third motion filed by the parties seeking extensions of time,

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED in part and DENIED in part**. To the extent that the parties seek to vacate the Settlement Conference set for June 2, 2008, the Motion is **granted**. The Settlement Conference set for June 2, 2008 is **vacated**. To the extent that the parties seek to extend the remaining case deadlines by forty-five days, the Motion is **denied**.

    IT IS FURTHER **ORDERED** that on or before **June 23, 2008**, the parties shall file a Stipulation of Dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: May 29, 2008