IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00239-WYD-KLM

RAINBOW REWARDS, USA, INC., a Delaware corporation,

    Plaintiff(s),

v.

SOURCE, INC., a Delaware corporation,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's Unopposed Motion to Amend Scheduling Order [Docket No. 65; Filed May 30, 2008] (the "Motion"). On May 29, 2008, the parties informed the Court that they were nearing settlement and moved to vacate the June 2, 2008 Settlement Conference and extend the remaining case deadlines by forty-five days [Docket No. 62]. The Court granted in part and denied in part the parties' request [Docket No. 63]. The settlement conference was vacated and the Court set a stipulation of dismissal deadline of June 23, 2008. Plaintiff now moves for the Court to extend the Fact Discovery Cut-Off deadline (currently set for June 2, 2008) and to set an expert discovery deadline. Plaintiff does not also move to extend the Court-ordered deadline for the parties to submit their Stipulation to Dismiss. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **DENIED**. If the parties do not file a Stipulation to Dismiss the case by June 23, 2008, the Court will hold a status conference to discuss appropriate case deadlines. Counsel are advised that as they represented that they are close enough to settlement to seek to vacate a Court-ordered settlement conference, they will need to have a very good explanation if they fail to file a timely Stipulation to Dismiss. Moreover, the Court is inclined to expedite this case if settlement is not reached.

Dated: June 2, 2008