IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  07-cv-00239-WYD-KLM

RAINBOW REWARDS USA, INC., a Delaware corporation,

    Plaintiff,

v.

SOURCE, INC., a Delaware corporation,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on the parties' Stipulated Motion of Dismissal (docket #67), filed June 12, 2008.  After a careful review of the file, the Court has concluded that pursuant to Fed. R. Civ. P. 41(a)(1), the stipulated motion should be granted and this matter should be **DISMISSED WITH PREJUDICE**.  Accordingly, it is

ORDERED that the parties' Stipulated Motion of Dismissal (docket #67), filed June 12, 2008, is **GRANTED**, and this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own attorney's fees and costs.  It is

FURTHER ORDERED that the Court retains jurisdiction to enforce the terms of the Settlement Agreement between the parties.

Dated: June 16, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge